MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for RENEE HERMANN

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br>              Plaintiff, <br><br>   v. <br><br> RENEE HERMANN, et al. <br><br>              Defendant. | ) No. 2:24-mj-132 CSK <br> ) <br> ) STIPULATION AND [~~PROPOSED~~] <br> ) ORDER TO AMEND RENEE HERMANN's <br> ) CONDITIONS OF PRE-TRIAL RELEASE <br> ) <br> ) Date: <br> ) Time: <br> ) Judge: Hon. Magistrate Allison Claire |

Renee Hermann's amended special conditions of pre-trial release are found in ECF document 21, filed on November 12. 2024.  The parties stipulate and agree to add New Special Condition 13, which should read: "You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used."  Ms. Hermann has been advised of this additional Special Condition of Release.

IT IS HEREBY STIPULATED AND AGREED between the defendant Renee Hermann, by and through his undersigned defense counsel, Michael Long, and the United States of America, by and through its counsel, Assistant U.S. Attorney Emily Sauvageau, that Special Condition 13 will read: "You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of

-1-

any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used."

I have spoken to PTS Julian Aguilar and he does not oppose adding Special Condition 13. The newly Amended Conditions are attached to this document.

Dated:  November 13, 2024              Respectfully submitted,

/s/ *Michael D. Long*
MICHAEL D. LONG
Attorney for Renee Hermann

Dated:  November 13, 2024              PHIL TALBERT
United States Attorney

/s/ *Emily Sauvageau*
EMILY SAUVAGEAU
Assistant U.S. Attorney

[~~PROPOSED~~] ORDER

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED**.

The Court hereby orders that new Special Condition 13 shall read: "You must not use or possess any narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used."

Dated:  November 13, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE